FILED

07/29/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0078

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0078

---

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

MICHEL SCOTT DULANEY,

      Defendant and Appellant.

---

## ORDER

---

Upon consideration of Appellee's motion for a 20-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including August 27 , 2024, within which to prepare, file, and serve its response brief.

TKP

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 29 2024